WR-81,570-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/12/2015 8:35:49 AM
Accepted 5/12/2015 8:42:18 AM
ABEL ACOSTA
CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
5/12/2015
ABEL ACOSTA, CLERK

|  |  |  |
|---|---|---|
| **TEDDRICK BATISTE** | ) | **Civil No.** |
| **TDCJ# 999568** | ) | |
| Petitioner | ) | **(CAPITAL CASE)** |
| v. | ) | |
| | ) | |
| **WILLIAM STEPHENS, Director** | ) | |
| **Texas Department of Criminal Justice** | ) | |
| **Correctional Institutional Division,** | ) | |
| Respondent | ) | |
| | ) | |

## MOTION FOR APPOINTMENT OF FEDERAL COUNSEL

Undersigned counsel, Brad D. Levenson, Director of the Texas Office of Capital Writs ("OCW"), respectfully moves this Court to appoint federal counsel to represent Mr. Teddrick Batiste in his federal habeas corpus proceedings. This Motion is made within the fifteen (15) day time period required by Texas Code of Criminal Procedure 11.071, section 2(e) ("If the court of criminal appeals denies an applicant relief under this article, an attorney . . . shall, not later than the 15th day after the date the court of criminal appeals denies relief . . . move for the appointment of counsel in federal habeas review under 18 U.S.C. Section 3599."). Because the undersigned is not permitted to "represent a defendant in a federal habeas review" (*see* Tex. Govt. Code, § 78.054(b)), new counsel must now be appointed.

1

Mr. Batiste was sentenced to death in the 174th District Court of Harris County, Texas on June 23, 2011. On June 5, 2013, the Texas Court of Criminal Appeals ("CCA") affirmed Mr. Batiste's sentence on direct appeal. *Batiste v. State*, AP-76,600 (Tex. Crim. App. 2013) (unpublished). On April 29, 2015, the CCA denied relief in state habeas corpus proceedings. *Ex parte Batiste*, No. WR-81,570-01 (Tex. Crim. App. 2015) (unpublished).

Pursuant to Texas Code of Criminal Procedure Article 11.071, undersigned counsel and the OCW have represented Mr. Batiste. Mr. Batiste was then and is now without the means to retain counsel. Mr. Batiste is an indigent person, lacking the funds necessary to retain counsel and must be appointed counsel "throughout . . . all available post-conviction process, together with applications for stays of execution and other appropriate motions and procedures. . . [and] in such competency proceedings and proceedings for executive or other clemency as may be available to the defendant." 18 U.S.C. § 3599(e); *see also Harbison v. Bell*, 556 U.S. 180 (2009).

Mr. Batiste is entitled to the appointment of counsel under 18 U.S.C. § 3599(a). He has never had his constitutional claims for relief addressed by a federal court. He is entitled to the assistance of counsel in order to present those claims. *See McFarland v. Scott*, 512 U.S. 849, 857-58 (1998).

Accordingly, the undersigned respectfully requests that this Court appoint federal counsel for Mr. Batiste, pursuant to 18 U.S.C. § 3599.[1]

Respectfully submitted,

DATED:    May 12, 2015        By _____

BRAD D. LEVENSON
Texas Bar No. 24073411
Office of Capital Writs
1700 N. Congress Ave., Suite 460
Austin, Texas  78701
512-463-8502 – direct line
512-463-8590 – facsimile

---

[1] The OCW understands that the Texas Habeas Assistance and Training Project is working with Federal Public Defender Marjorie Meyers to recruit and recommend counsel for Mr. Batiste.

3

## CERTIFICATE OF SERVICE

On May 12, 2015, a copy of the foregoing Motion was served on the Office of the Attorney General by United States mail at the following address:

Office of the Attorney General of Texas
Criminal Appeals Division
Post Office Box 12548
Austin, Texas 78711-2548

Brad D. Levenson

## CERTIFICATE OF CONFERENCE

No conference has been held because opposing counsel has not made an appearance in these proceedings.

Brad D. Levenson

4

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Teddrick Batiste (999568)

_Plaintiff/Petitioner_

v.

William Stephens

_Defendant/Respondent_

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at:  Allan E. Polunsky Unit

If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ 0 , and my take-home pay or wages are:  $ per

_(specify pay period)_  Nothing  .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____0_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   2-21-15

_____
Applicant's signature

Teddrick R. Batiste
*Printed name*